

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00011-CV

_____

IN RE:   KEITH RUSSELL JUDD

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Keith Russell Judd has petitioned this Court for mandamus relief. Judd would have us compel the trial court to issue a default judgment on Judd's petition for divorce. We deny Judd's requested relief.

Mandamus issues only when the mandamus record establishes (1) a clear abuse of discretion or the violation of a duty imposed by law, and (2) the absence of a clear and adequate remedy at law. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding); *see In re Columbia Med. Ctr. of Las Colinas Subsidiary, L.P.*, 290 S.W.3d 204, 207 (Tex. 2009) (orig. proceeding). It is the relator's burden to provide this Court with a sufficient record to establish the right to mandamus relief. *Walker*, 827 S.W.2d at 837; *In re Pilgrim's Pride Corp.*, 187 S.W.3d 197, 198–99 (Tex. App.—Texarkana 2006, orig. proceeding); *see* TEX. R. APP. P. 52.3.

Judd has provided this Court with no documents supporting his request. While he has attached a noncertified copy of the officer's return indicating service of process was delivered to the respondent, he has neither provided a certified copy of the motion for default judgment Judd claims to have filed in the trial court, nor of any other filings in the trial court.[1]

---

[1]This Court denied a similar request for mandamus relief requested by Judd last year. *In re Judd*, 06-11-00035-CV, 2011 Tex. App. LEXIS 2501 (Tex. App.—Texarkana Apr. 5, 2011, orig. proceeding) (mem. op.).

We find Judd has failed to demonstrate he is entitled to the extraordinary remedy of mandamus relief.   We, therefore, deny his petition.


Jack Carter
Justice

Date Submitted:     January 23, 2012
Date Decided:       January 24, 2012

3